BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MAZARIEGOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 06-0660 JL |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER RESCHEDULING |
| | ) SENTENCING DATE FROM |
| MIRZA MAZARIEGOS, | ) JANUARY 11, 2007 TO NOVEMBER |
| | ) 21, 2006 |
| Defendant. | ) |

The undersigned parties stipulate as follows:

1. Ms. Mazariegos pled guilty to a Class A misdemeanor violation of 18 U.S.C. § 1028(a)(4) on September 29, 2006. Sentencing was set for January 11, 2007.

2. Ms. Mazariegos has contacted undersigned defense counsel and stated that she needs to leave the United States as soon as possible, and thus requests that her sentencing date be changed to a date as soon as possible.

3. AUSA Derek Owens, AFPD Shawn Halbert, USPO Sara Black are all available on Tuesday, November 21, 2006 at 2:30 p.m. Ms. Mazariegos requires the assistance of a Spanish language interpreter.

No. CR 06-0660 JL

1     4.     The parties agree that pursuant to Federal Rule of Criminal Procedure 32(c)(1)(A)(ii),
2     the information in the record will be sufficient for the Court to meaningfully exercise its
3     sentencing authority under 18 U.S.C. § 3553 such that a presentence investigation
4     report is not necessary. The parties and probation are not aware of any criminal history
5     by Ms. Mazariegos. USPO Sara Black has been told that the parties are asking that the
6     PSR be waived, but she will provide the parties and the Court with any information she
7     has, prior to sentencing, if possible.

8     IT IS SO STIPULATED

10 Date: November 16, 2006     _____/S/_____
11     SHAWN HALBERT
    Assistant Federal Public Defender

13 Date: November 16, 2006     _____/S/_____
14     DEREK OWENS
    Assistant United States Attorney

16 I hereby attest that I have on file al holograph signatures for any signatures indicated by a
17 "conformed" signature (/S/) within this e-filed document.

19 //
20 //
21 //

No. CR 06-0660 JL

2

## ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing hearing, previously set by this Court for January 11, 2007 shall be advanced to November 21, 2006 at 2:30 p.m. Pursuant to Federal Rule of Criminal Procedure 32(c)(1)(A)(ii), there is sufficient information in the record for the Court to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553 such that a presentence investigation report is not necessary; thus, U.S. Probation does not need to complete a presentence investigation report.

Date: November 17, 2006



THE HON. CHIEF UNITED STATES MAGISTRATE JUDGE

Judge James Larson

No. CR 06-0660 JL

3